1  MARC J. FAGEL (Cal. Bar No. 154425)
   MICHAEL S. DICKE (Cal. Bar No. 158187)
2  SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
   SAHIL W. DESAI (Cal. Bar No. 197358)
3
   Attorneys for Plaintiff
4  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2600
5  San Francisco, California 94104
   Telephone: (415) 705-2500
6  Facsimile: (415) 705-2501

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  SECURITIES AND EXCHANGE COMMISSION,<br><br>13       Plaintiff,<br><br>14  vs.<br><br>15  GREGORY B. RABEN and WILLIAM PATRICK BORCHARD,<br><br>16       Defendants. | Case No. CV 08 0250 EMC<br><br>**STIPULATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

17

18           STIPULATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19

20      In accordance with the provisions of Title 28, U.S.C. Section 636(c), plaintiff Securities and

21  Exchange Commission and defendants Gregory B. Raben and William Patrick Borchard hereby

22  voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings

23  in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall

24  be taken directly to the United States Court of Appeals for the Ninth Circuit.

25

26

27

28

Dated: January 22, 2008

Respectfully submitted,

By: _____
Marc J. Fagel
Michael S. Dicke
Sheila O'Callaghan
Sahil W. Desai

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


By: _____
Ed Swanson                    /s/ swd/

Attorney for Defendant William Patrick Borchard



By: _____
Diane de Seve

Attorney for Defendant Gregory B. Raben

| | |
|---|---|
| 1 | Dated: January ___, 2008 |
| 2 | Respectfully submitted, |

By: _____
　　Marc J. Fagel
　　Michael S. Dicke
　　Sheila O'Callaghan
　　Sahil W. Desai

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


By: _____
　　Ed Swanson

Attorney for Defendant William Patrick Borchard


By: */s/ Diane de Seve*
　　Diane de Seve

Attorney for Defendant Gregory B. Raben