ORIGINAL

1 | MARC J. FAGEL (Cal. Bar No. 154425)
MICHAEL S. DICKE (Cal. Bar No. 158187)
2 | SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
SAHIL W. DESAI (Cal. Bar No. 197358)
3 |
Attorneys for Plaintiff
4 | SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
5 | San Francisco, California 94104
Telephone: (415) 705-2500
6 | Facsimile: (415) 705-2501
7 |

8 |                    UNITED STATES DISTRICT COURT

9 |                    NORTHERN DISTRICT OF CALIFORNIA

10 | SECURITIES AND EXCHANGE COMMISSION,     Case No.     **0250**

11 |        Plaintiff,

12 |                                                        [PROPOSED] FINAL JUDGMENT AS TO
        vs.                                                WILLIAM PATRICK BORCHARD
13 |
     GREGORY B. RABEN and WILLIAM PATRICK
14 | BORCHARD,

15 |        Defendants.

16 |

17 |        The Securities and Exchange Commission having filed a Complaint and Defendant

18 | William Patrick Borchard ("Defendant") having entered a general appearance; consented to the

19 | Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this

20 | Final Judgment without admitting or denying the allegations of the Complaint (except as to

21 | jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from

22 | this Final Judgment:

23 |                                          I.

24 |        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and

25 | Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation

26 | with them who receive actual notice of this Final Judgment by personal service or otherwise are

27 | permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the

28 |

1  Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated

2  thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or

3  of the mails, or of any facility of any national securities exchange, in connection with the purchase or

4  sale of any security:

5      (a)    to employ any device, scheme, or artifice to defraud;

6      (b)    to make any untrue statement of a material fact or to omit to state a material fact

7             necessary in order to make the statements made, in the light of the circumstances

8             under which they were made, not misleading; or

9      (c)    to engage in any act, practice, or course of business which operates or would   operate

10             as a fraud or deceit upon any person.

11  **II.**

12          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall

13  pay a civil penalty in the amount of $20,835.57 pursuant to Section 21A of the Exchange Act [15

14  U.S.C. § 78u-1]. Defendant shall make this payment within ten (10) business days after entry of this

15  Final Judgment by certified check, bank cashier's check, or United States postal money order payable

16  to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office

17  of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General

18  Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter

19  identifying William Patrick Borchard as a defendant in this action; setting forth the title and civil

20  action number of this action and the name of this Court; and specifying that payment is made

21  pursuant to this Final Judgment. Defendant shall simultaneously transmit photocopies of such

22  payment and letter to the attention of Marc J. Fagel, Associate Regional Director, at the

23  Commission's San Francisco Regional Office, 44 Montgomery Street, Suite 2600, San Francisco,

24  California 94104. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to

25  28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United

26  States Treasury.

27

28

[PROPOSED] FINAL JUDGMENT AS TO
WILLIAM PATRICK BORCHARD

**III.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent of Defendant William Patrick Borchard To Entry of Final Judgment is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

**IV.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: January 25, 2008

_____
UNITED STATES DISTRICT JUDGE
Magistrate

APPROVED AS TO FORM:

Ed Swanson, Esq.
Swanson & McNamara LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
(415) 477-3800
Attorney for Defendant WILLIAM PATRICK BORCHARD

SUBMITTED BY:

Marc J. Fagel
Michael S. Dicke
Sheila E. O'Callaghan
Sahil W. Desai
Attorneys for Plaintiff SECURITIES AND EXCHANGE COMMISSION