**ORIGINAL**

MARC J. FAGEL (Cal. Bar No. 154425)
MICHAEL S. DICKE (Cal. Bar No. 158187)
SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
SAHIL W. DESAI (Cal. Bar No. 197358)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

RECEIVED
JAN 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

GREGORY B. RABEN and W. PATRICK BORCHARD,

Defendants.

Case No. CV 08 0250 EMC

[PROPOSED] FINAL JUDGMENT AS TO GREGORY B. RABEN

The Securities and Exchange Commission having filed a Complaint and Defendant Gregory B. Raben ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the

1 Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated
2 thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or
3 of the mails, or of any facility of any national securities exchange, in connection with the purchase or
4 sale of any security:

5    (a)   to employ any device, scheme, or artifice to defraud;
6    (b)   to make any untrue statement of a material fact or to omit to state a material fact
7          necessary in order to make the statements made, in the light of the circumstances
8          under which they were made, not misleading; or
9    (c)   to engage in any act, practice, or course of business which operates or would operate
10         as a fraud or deceit upon any person.

**II.**

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $23,879.22, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $2,125.93, for a total of $26,005.85. Defendant shall satisfy this obligation by paying $26,005.85 within ten (10) business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Gregory B. Raben as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall simultaneously transmit photocopies of such payment and letter to the attention of Marc J. Fagel, Associate Regional Director, at the Commission's San Francisco Regional Office, 44 Montgomery Street, Suite 2600, San Francisco, California 94104. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

### III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $23,879.92 pursuant to Section 21A of the Exchange Act [15 U.S.C. § 78u-1]. Defendant shall make this payment pursuant to the terms of the payment schedule set forth in paragraph IV below after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Gregory B. Raben as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall simultaneously transmit photocopies of such payment and letter to the attention of Marc J. Fagel, Associate Regional Director, at the Commission's San Francisco Regional Office, 44 Montgomery Street, Suite 2600, San Francisco, California 94104. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

### IV.

Raben shall pay a civil penalty in the amount of $23,879.92 in four (4) installments according to the following schedule: (1) $10,000.00 within ten (10) days of entry of this Final Judgment; (2) an additional $5,000.00 within 120 days of entry of this Final Judgment; (3) a further additional $5,000.00 within 240 days of the entry of this Final Judgment; and (4) the remaining $3,879.92 within 330 days of the entry of this Final Judgment. If Raben fails to make any payment by the date agreed and/or in the amount agreed according to the schedule set forth above, all outstanding payments under this Final Judgment, including post-judgment interest, minus any payments made, shall become due and payable immediately without further application to the Court.

### V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent of Defendant Gregory B. Raben To Entry of Final Judgment is incorporated herein with the same force

1  and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and
2  agreements set forth therein.

### VI.

IT IS FURTHER ORDERED, ADJUDGED, AND ~~DECREED~~ that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: January 25, 2008

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

APPROVED AS TO FORM:

_/s/ Diane de Seve_

Diane de Seve, Esq.
Nolan, Armstrong & Barton, LLP
600 University Avenue,
Palo Alto, California 94301
(650) 326-2980
Attorney for Defendant GREGORY B. RABEN

SUBMITTED BY:

_/s/_

Marc J. Fagel
Michael S. Dicke
Sheila E. O'Callaghan
Sahil W. Desai
Attorneys for Plaintiff SECURITIES AND EXCHANGE COMMISSION